UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Safe Site Youth Development, Inc.         Case No. 19-10282 T11
       EIN: 27-1492193
       Debtor.

## CREDITOR JUDITH SELIGMAN'S WITNESS LIST

COMES NOW, Creditor Judith Seligman, by her counsel, Roybal-Mack & Cordova P.C. (Amelia P. Nelson), and hereby files her Witness List for the hearing scheduled regarding Claim #6 on February 19 and 20, 2020.

1. Judith Seligman, 10916 La Grange Park NE, Albuquerque, NM 87123; (505) 710-0791 (may be contacted via counsel, Roybal-Mack & Cordova, P.C.).

2. Lissa Guzman, 10617 Pennyback Park NE, Albuquerque, NM 87123; (505) 306-7265 (may be contacted via counsel, Roybal-Mack & Cordova, P.C.).

3. Kristen Robinson, 6140 Cuesta Place NW, Albuquerque, NM 87120; (505) 410-4879

4. Felix Candelaria, Debtor (via counsel), individually and on behalf of Safe Site Youth Development, Inc.

5. Leigh Van Gilst, CPA & Associates, LLC, Accountant for Safe Site, debtor, c/o Debtor Counsel.

6. Any witnesses necessary for impeachment or rebuttal.

7. Any witnesses listed by Debtor and not objected by Ms. Seligman.

8. Ms. Seligman reserves the right to add additional witnesses for good case and as is just and necessary pursuant to court approval.

1

Respectfully Submitted,

ROYBAL-MACK & CORDOVA, P.C.

*/s/ Amelia P. Nelson Electronically filed 2/10/2020*
AMELIA P. NELSON
*Attorneys for Judith Seligman and Lissa Guzman*
1121 4th Street NW, Suite 1D
Albuquerque, NM 87102
Telephone: (505) 288-3500
Email: amelia@roybalmacklaw.com

**CERTIFICATE OF SERVICE**

In accordance with NM LBR 9036-1 and Fed.R.Civ.P. 5(b)(3)), this certifies that service of the foregoing will be made on this 10th day of February 2020, via the notice transmission facilities of the case management and electric filing systems of the Bankruptcy Court, to all parties that have filed for electronic notice.

*/s/ Amelia P. Nelson filed Electronically 2/10/2020*
AMELIA P. NELSON