UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Safe Site Youth Development, Inc.  Case No. 19-10282 T11
EIN: 27-1492193
Debtor.

## CREDITOR LISSA GUZMAN'S EXHIBIT LIST

COMES NOW, Creditor Lissa Guzman, by her counsel, Roybal-Mack & Cordova P.C. (Amelia P. Nelson), and hereby files her Exhibit List for the hearing scheduled regarding Claim #6 on February 19 and 20, 2020.

A. Safe Site Articles of Incorporation 2016 – 2018

B. Performance Computer, LLC Repair Tracker

C. CYFD Background Check Eligibility

D. Fingerprint Form

E. Delta Dental Enrollment Forms

F. Delta Dental SPG Employer Application

G. Safe Site Payments to Guzman

H. Bank of America account statements - Guzman

I. Safe Site Email assignment

J. Any exhibits necessary for rebuttal or impeachment.

K. Ms. Guzman respectfully reserves the right to add to the exhibit list as necessary and in good faith as the court approves.

1

        Respectfully Submitted,

        ROYBAL-MACK & CORDOVA, P.C.

        */s/ Amelia P. Nelson Electronically filed 2/10/2020*
        AMELIA P. NELSON
        *Attorneys for Judith Seligman and Lissa Guzman*
        1121 4th Street NW, Suite 1D
        Albuquerque, NM 87102
        Telephone: (505) 288-3500
        Email: amelia@roybalmacklaw.com

## **CERTIFICATE OF SERVICE**

In accordance with NM LBR 9036-1 and Fed.R.Civ.P. 5(b)(3)), this certifies that service of the foregoing will be made on this 10th day of February 2020, via the notice transmission facilities of the case management and electric filing systems of the Bankruptcy Court, to all parties that have filed for electronic notice.

*/s/ Amelia P. Nelson filed Electronically 2/10/2020*
AMELIA P. NELSON