# State of New Mexico
# CHILDREN, YOUTH AND FAMILIES



**SUSANA MARTINEZ**
*GOVERNOR*

**JOHN SANCHEZ**
*LIEUTENANT GOVERNOR*

**MONIQUE JACOBSON**
*CABINET SECRETARY*

**JENNIFER SAAVEDRA**
*DEPUTY CABINET SECRETARY*

September 22, 2017

SAFE SITE YOUTH DEVELOPMENT, INC.
PO BOX 1195
LOS LUNAS, NM 87031

**SUBJECT: BACKGROUND CHECK ELIGIBILITY**

**APPLICANT:** LISSA GUZMAN

The Children, Youth and Families Department has reviewed information essential to the background check process. The above referenced applicant is **eligible** to provide care in accordance with Title 8, Chapter 8, Part 3, Governing Background Checks and Employment History Verification.

This **original** letter must be placed in the applicant's employee file and made available to CYFD representatives upon request.

Sincerely,

*Leighann Tingwall*

Leighann Tingwall
BCU Program Monitor

ADMINISTRATIVE SERVICES / BACKGROUND CHECK UNIT
PO DRAWER 5160 / SANTA FE, NM 87502-5160
(505) 827-7326 OR TOLL FREE (888) 317-7326 FAX: (505) 827-7422

Case 19-10282-t11    Doc 159-3    Filed 02/10/20    Entered 02/10/20 14:38:27 Page 1 of 1