# APPLICANT WRITTEN STATEMENT

EMP ☐

**Facility Information**
Name: Safe Site
Mailing Address: PO Box 1195
City/State/Zip: Los Lunas, NM 87031
Physical Address of Applicant's Service: 1800 Main Street NE

CYFD

**INSTRUCTIONS:** All questions must be answered completely and to the best of your knowledge. Please print legibly. Answers left blank may result in the rejection of the application.

**Fingerprint Registration Number:** NM0324076

**Full Name**
First Name: Lissa
Middle Name: Ann ☐ No Middle Name
Last Name: Guzman

**Aliases** (birth name, married name(s), nick names)
Lissa Ann Robinson
Lissa Ann Gonzales
Lissa Ann Guzman

**Date of Birth (month, day, year):** 01/09/1971
**Social Security Number:** ___-__-9488 ☐ None
**Place of Birth (city, state, country):** California, Monte bello, USA
**Primary Language:** english

**Current Physical Address**
Address: 10617 Pennyback Park Drive NE
Address (optional):
City/State/Zip: Albuq. NM 87123

**Mailing Address** ☑ Same as physical

**Contact Information**
Primary Phone Number: (505) 306-7265
☐ Home ☐ Mobile ☐ Work ☐ Other

Secondary Phone Number (optional):
☐ Home ☐ Mobile ☐ Work ☐ Other

**Previous Addresses** (past five years, most recent first, and include number, street, city, state, zip code.) If you need more space, use a separate sheet of paper.

| Address | City | State | Zip |
|---|---|---|---|
| 6800 Vista del Norte | Albuq. | NM | 87113 |
| | | | |
| | | | |
| | | | |

**Current Marital Status (circle one):** Single  Married  Separated  (Divorced)  Widowed

**Current Spouse/Significant Other**
First: No  Middle: spouse  Last: ___  Date of Birth: __/__/__  Social Security Number: ___-__-___

**Full Name(s) and Date(s) of Birth of: Birth Children, Adopted Children, Foster Children, and other Children who have lived in your household(s) within the past five years** (If you need more space, use a separate sheet of paper)

| First Name | Middle Name | Last Name | Date of Birth (month, day, year) |
|---|---|---|---|
| Ashley | Renee | Gonzales | 12/12/1989 |
| | | | / / |
| | | | / / |
| | | | / / |

**Full Name(s) and Date(s) of Birth of all Adults who have previously lived with you (within the past five years)** (If you need more space, use a separate sheet of paper)

| First Name | Middle Name | Last Name | Date of Birth (month, day, year) |
|---|---|---|---|
| No adults | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |

CYFD Background Check Unit

Full Name(s) and Date(s) of Birth of all Adults who are **currently** living with you (If you need more space, use a separate sheet of paper)

| First Name | Middle Name | Last Name | Date of Birth (month, day, year) |
|---|---|---|---|
| Kristen | Dawn | Robinson | 9/14/73 |
| | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |

Names and Places of School(s) attended, along with graduation dates (High School, University, College, and Vocational Training) (If you need more space, use a separate sheet of paper)

| Name of School | Location of School | Graduation Date | Type (high school, college, etc.) |
|---|---|---|---|
| Cibola High School | Albuq., NM | 1989 | High School |
| Park College | Albuq., NM | 1996 | Community College |
| | | | |
| | | | |
| | | | |

Employment History (past ten years, include dates of employment / explain gaps in employment) (If you need more space, use a separate sheet of paper)

| Employer | Start Date | End Date | Explain Break in Employment |
|---|---|---|---|
| Affordable Auto Sales | 2012 | 2016 | new employment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### IF YOU DO NOT UNDERSTAND THESE QUESTIONS, PLEASE SEEK GUIDANCE BEFORE ANSWERING THEM!

Have you ever been involved in a CYFD investigation of abuse or neglect of children or adults as the alleged perpetrator or household member? If so, provide the dates of all such investigations and the outcome of those investigations. **NOTE: Failure to provide this information may lead to denial of your application.**

\_\_\_\_\_ **Yes**, I have been involved in a CYFD (or other protective service agency) investigation of abuse or neglect of children or adults as the alleged perpetrator or household member (Provide details).

✓ **No**, I have never been involved in a CYFD (or other protective service agency) investigation of abuse or neglect of children or adults as the alleged perpetrator or household member.

Have you ever been charged with, arrested for, or convicted of a crime? **NOTE: Failure to provide this information may lead to denial of your application.**

\_\_\_\_\_ **Yes**, I have been charged with, arrested for, or convicted of a crime (Provide an explanation and disposition).

✓ **No**, I have never been charged with, arrested for, or convicted of a crime.

I understand that information submitted will be used to conduct an FBI supported background check and I, Lissa Guzman, hereby affirm under penalty of perjury that all the answers given on this statement are true and accurate to the best of my knowledge. By signing this affirmation, I am acknowledging that any falsehoods, omissions, or intentionally misleading answers will be grounds for denial of my application. If I do not understand any of the questions, I will seek help and ask for more information.

SIGNATURE: _[signed]_        DATE: 9-13-17

CYFD. Background Check Unit. Applicant Written Statement. 07/30/2015. Page 2 of 2

Case 19-10282-t11    Doc 159-4    Filed 02/10/20    Entered 02/10/20 14:38:27 Page 2 of 2