

Case 19-10282-t11  Doc 159-7  Filed 02/10/20  Entered 02/10/20 14:38:27 Page 1 of 2

# W-4

From: Felix & Sarah Candelaria (concarino1@qwestoffice.net)
To: judithseligman@yahoo.com; judithseligman@safesitenm.com
Date: Monday, November 20, 2017, 12:24 PM MST

Veronica

--

Felix & Sarah Candelaria
Safe Site Child Development, Inc.
Center: 505-565-8023
Fax: 505-346-3703
Email: safesite1716@gmail.com
New Mexico PreK
A Place Where All Children Want To Be !

 W-4 2017 Veronica G 11-20-17.pdf
725.2kB