UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Safe Site Youth Development, Inc.     Case No. 19-10282 T11
EIN: 27-1492193
Debtor.

## CREDITOR JUDITH SELIGMAN'S EXHIBIT LIST

COMES NOW, Creditor Judith Seligman, by her counsel, Roybal-Mack & Cordova P.C. (Amelia P. Nelson), and hereby files her Exhibit List for the hearing scheduled regarding Claim #6 on February 19 and 20, 2020.

- A. Verification of Employment, CMG Financial
- B. Verification of Employment, Fannie Mae
- C. Explanation of Benefits – Delta Dental
- D. CYFD Fingerprint Background Check
- E. CYFD Fingerprint Application
- F. Performance Computer, LLC Repair Tracker
- G. Payments to Judith Seligman by Safe Site
- H. Safe Site Articles of Incorporation 2016 – 2018
- I. Judith Seligman Report to CYFD
- J. Los Lunas Police Report
- K. Confirmation Documents showing Loans to Safe Site
- L. Emails regarding initial hire date
- M. Text Messages
- N. Felix Candelaria message to Judith Seligman termination
- O. Commission Agreement

1

P.  Any exhibits necessary for rebuttal or impeachment.

Q.  Ms. Seligman respectfully reserves the right to add to the exhibit list as necessary and in good faith as the court approves.

>  Respectfully Submitted,
>
>  ROYBAL-MACK & CORDOVA, P.C.
>
>  */s/ Amelia P. Nelson Electronically filed 2/10/2020*
>  AMELIA P. NELSON
>  *Attorneys for Judith Seligman and Lissa Guzman*
>  1121 4th Street NW, Suite 1D
>  Albuquerque, NM 87102
>  Telephone: (505) 288-3500
>  Email: amelia@roybalmacklaw.com

## **CERTIFICATE OF SERVICE**

In accordance with NM LBR 9036-1 and Fed.R.Civ.P. 5(b)(3)), this certifies that service of the foregoing will be made on this 10th day of February 2020, via the notice transmission facilities of the case management and electric filing systems of the Bankruptcy Court, to all parties that have filed for electronic notice.

*/s/ Amelia P. Nelson filed Electronically 2/10/2020*
AMELIA P. NELSON