

# Verbal Verification of Employment

| | |
|---|---|
| Loan Number: | RWE0000003754 |

## BORROWER

| | | | |
|---|---|---|---|
| Borrower Name: | Judith Seligman | Borrower's Title: | Bookkeeping/Payroll |

**Salaried Employee:**

| | |
|---|---|
| Employer Name: | Safesite Youth Development |
| Employer Address: | 1716 Los Lentes, Los Lunas, NM 87031 |

| | | | |
|---|---|---|---|
| Employer Phone Number: | 505-565-8023 | Third Party Source for Phone Number: | Company website |
| Employer Contact: | Felix Candelaria | Employer Contact Title: | Owner |
| Dates of Employment: | A couple years to present | Probability of Cont'd Employment: | Really good |

**Self-Employed:**

| | |
|---|---|
| Business Name: | |
| Business Address: | |

| | | | |
|---|---|---|---|
| Phone Number: | | Third Party Source for Phone Number: | |

Comments:

## CO-BORROWER

| | | | |
|---|---|---|---|
| Borrower Name: | | Borrower's Title: | |

**Salaried Employee:**

| | |
|---|---|
| Employer Name: | |
| Employer Address: | |

| | | | |
|---|---|---|---|
| Employer Phone Number: | | Third Party Source for Phone Number: | |
| Employer Contact: | | Employer Contact Title: | |
| Dates of Employment: | | Probability of Cont'd Employment: | |

**Self-Employed:**

| | |
|---|---|
| Business Name: | |
| Business Address: | |

| | | | |
|---|---|---|---|
| Phone Number: | | Third Party Source for Phone Number: | |

Comments:

## VERIFIED BY

| | |
|---|---|
| CMG Employee Name: | Heather Wright |
| CMG Employee Title: | Loan Processor |
| Date Completed: | 12/20/17 |

# Safe Site Child Development, Inc.

# HOME PAGE

We at Safe Site Child Development, Inc. strive to provide a quality caring and safe environment for children to learn and grow. We encourage each child to achieve their own physical, emotional, social, and individual desires.

We aim to develop and educate the whole child. Committing to be a resource for the development of every family that passes through our doors; we provide a setting that demonstrates love and encourages each child to grow and develop positive self-esteem. We encourage the child to explore, dream, take chances, make mistakes and experience success.

Here at Safe Site Child Development Inc., we unveiled the Parent Watch Child Viewing System. This is a revolutionary video streaming system that provides parents a secure way to watch their children learn and grow at our center through an Internet-connected computer, tablet, or smartphone. We are the only center in New Mexico to offer parents this ability. Please call for details, or click here for more info!

Welcome to Safe Site Child Development Inc.! If you have any questions or need to enroll a child, Please call us at (505) 565-8023.

Online functionality will be available soon!



