# FannieMae — Request for Verification of Employment

Privacy Act Notice: This information is to be used by the agency collecting it or its assignees in determining whether you qualify as a prospective mortgagor under its program. It will not be disclosed outside the agency except as required and permitted by law. You do not have to provide this information, but if you do not your application for approval as a prospective mortgagor or borrower may be delayed or rejected. The information requested in this form is authorized by Title 38, USC, Chapter 37 (if VA); by 12 USC, Section 1701 et seq. (if HUD/FHA); by 42 USC, Section 1452b (if HUD/CPD); and Title 42 USC, 1471 et seq., or 7 USC, 1921 et seq. (if USDA/FmHA).

Instructions: Lender - Complete items 1 through 7. Have applicant complete item 8. Forward directly to employer named in item 1.
Employer - Please complete either Part II or Part III as applicable. Complete Part IV and return directly to lender named in item 2.
The form is to be transmitted directly to the lender and is not to be transmitted through the applicant or any other party.

## Part I - Request

**1. To (Name and address of employer)**
SAFE SITE YOUTH DEVELOPMENT
1716 Los Lentes Rd NE
WILL WORK REMOTE
Los Lunas, NM 87031

**2. From (Name and address of lender)**
Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180
(888) 842-6328

I certify that this verification has been sent directly to the employer and has not passed through the hands of the applicant or any other interested party.

**3. Signature of Lender**

**4. Title** Mortgage Processor

**5. Date** 02/07/17

**6. Lender's No. (Optional)** 8027383606

I have applied for a mortgage loan and stated that I am now or was formerly employed by you. My signature below authorizes verification of this information.

**7. Name and Address of Applicant (include employee or badge number)**
JUDITH SELIGMAN
-2694
10916 LAGRANGE PARK DR NE
ALBUQUERQUE, NM 87123-5414

**8. Signature of Applicant**
X SEE ATTACHED

## Part II - Verification of Present Employment

9. Applicant's Date of Employment
10. Present Position
11. Probability of Continued Employment
12A. Current Gross Base Pay (Enter Amount and Check Period) — Annual / Monthly / Weekly / Hourly / Other (Specify)
13. For Military Personnel Only — Pay Grade, Type, Monthly Amount (crossed out)
14. If Overtime or Bonus is Applicable, Is Its Continuance Likely? Overtime Yes/No, Bonus Yes/No
15. If paid hourly - average hours per week
16. Date of applicant's next pay increase
17. Projected amount of next pay increase
18. Date of applicant's last pay increase
19. Amount of last pay increase

### 12B. Gross Earnings

| Type | Year To Date | Past Year | Past Year |
|---|---|---|---|
| Base Pay | Thru ___ $ | $ | $ |
| Overtime | $ | $ | $ |
| Commissions | $ | $ | $ |
| Bonus | $ | $ | $ |
| Total | $ | $ | $ |

Military fields (crossed out): Base Pay, Rations, Flight or Hazard, Clothing, Quarters, Pro Pay, Overseas or Combat, Variable Housing Allowance.

20. Remarks (If employee was off work for any length of time, please indicate time period and reason)

## Part III - Verification of Previous Employment (crossed out)

21. Date Hired
22. Date Terminated
23. Salary/Wage at Termination Per (Year) (Month) (Week) — Base ___ Overtime ___ Commissions ___ Bonus ___
24. Reason for Leaving
25. Position Held

## Part IV - Authorized Signature

Federal statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy purposed to influence the issuance of any guaranty or insurance by the VA Secretary, the USDA, FmHA/FHA Commissioner, or the HUD/CPD Assistant Secretary.

**26. Signature of Employer** *(signed)*

**27. Title (Please print or type)** Vice President

**28. Date** 2-7-17

**29. Print or type name signed in Item 26** Felix Candelaria Jr

**30. Phone No.** 505-565-8023

8027383606

Request for Verification of Employment
VMP ®
Wolters Kluwer Financial Services
20170207 16.2.1.3752-J 20160926 Y
Fannie Mae
Form 1005 July 96
VMP23 (1102).00
Page 1 of 1