# State of New Mexico
## CHILDREN, YOUTH AND FAMILIES

**SUSANA MARTINEZ**
*GOVERNOR*

**JOHN SANCHEZ**
*LIEUTENANT GOVERNOR*

**MONIQUE JACOBSON**
*CABINET SECRETARY*

**JENNIFER SAAVEDRA**
*DEPUTY CABINET SECRETARY*

September 18, 2017

SAFE SITE YOUTH DEVELOPMENT, INC.
PO BOX 1195
LOS LUNAS, NM 87031

The fingerprints submitted in conjunction with the background check application for **JUDITH SELIGMAN** have been rejected by the Federal Bureau of Investigation (FBI) and/or the New Mexico Department of Public Safety as unreadable, meaning that the FBI and/or the New Mexico Department of Public Safety could not read the fingerprints as needed to conduct a criminal history check. We therefore do not have enough information to determine whether this applicant meets the criteria for eligibility as defined in the rules promulgated at 8.8.3 NMAC.

In order to continue processing this application, **the applicant must return to your local 3m Cogent facility to be re-fingerprinted.** *There will be no charge for the submission of new fingerprints.*

Failure to respond to this request will result in denial of the application, in accordance with 8.8.3.10.C NMAC, which reads: *"If there is a need for any further information from an applicant at any stage of the process, the department shall request the information in writing from the applicant. If the department does not receive the requested information within fifteen calendar days of the date of the request the department shall deny the application."*

If you have any questions, feel free to contact the Background Check Unit at (505) 827-7326 or (888) 317-7326.

Sincerely,

*Leighann Tingwall*

Leighann Tingwall
BCU Program Monitor

ADMINISTRATIVE SERVICES / BACKGROUND CHECK UNIT
PO DRAWER 5160 / SANTA FE, NM 87502-5160
(505) 827-7326 OR TOLL FREE (888) 317-7326 FAX: (505) 827-7422

Case 19-10282-t11   Doc 160-4   Filed 02/10/20   Entered 02/10/20 14:49:53 Page 1 of 3

Find messages, documents, photos or people

Home

Compose

To: Adam Trubow, Felix & Sarah Candelaria, Eric Smith    CC / BCC

PA

Good Afternoon Adam,

I do not work for either party. However I do work for Felix and I read the original PA unless I did not read it correctly it said seller would pay the appraisal.

I am just trying to help them get their house. This is Kristen Robinson title company co and she pulled title and she requested that we use Fidelity. I understand that
there may still be an issue with the title. What now ?

Judith Seligman

Inbox 38
Unread
Starred
Drafts 635
Sent
Archive
Spam
Trash
∧ Less

Views   Hide
- Photos
- Documents
- Deals
- Receipts
- Groceries
- Travel

Folders   Hide
+ New Folder
-
december ba...
Discovery
Fleix email
Gardunos
Gardunos Pur...
High Desert ...
johnny
Kynor
La Grange
Lissa
Loan needs f...
losns for judith
Max
maxS
Notes
Sife Site Payroll
SS bills

Send

1/15/2020 — Yahoo Mail - Back Ground Check

## ==Back Ground Check==

From: Felix & Sarah Candelaria (concarino1@qwestoffice.net)

To: judithseligman@yahoo.com

Date: Thursday, September 21, 2017, 02:00 PM MDT

--

Felix & Sarah Candelaria
Safe Site Child Development, Inc.
Center: 505-565-8023
Fax: 505-346-3703
Email: safesite1716@gmail.com
New Mexico PreK
A Place Where All Children Want To Be !


Judith Seligman Back Ground Check 9-21-17.pdf
328.7kB