# APPLICANT WRITTEN STATEMENT
## CYFD

**Facility Information**
Name: Safe Site
Mailing Address: PO Box 1195
City/State/Zip: Los Lunas, NM 87031
Physical Address of Applicant's Service: 1800 Main Street NE

EMP ☐

**INSTRUCTIONS:** All questions must be answered completely and to the best of your knowledge. Please print legibly. Answers left blank may result in the rejection of the application.

**Fingerprint Registration Number:** NM0324087

**Full Name**
- First Name: Judith
- Middle Name: Ann ☐ No Middle Name
- Last Name: Seligman

**Aliases (birth name, married name(s), nick names)**
- Judith Robinson
- Judith Conatser

**Date of Birth (month, day, year):** XXXXXXXXXXXXX

**Social Security Number** ☐ None
XXX-XX-2694

**Place of Birth (city, state, country):** Colorado Pueblo, USA

**Primary Language:** english

**Current Physical Address**
Address: 881 Pinzon NW
Address (optional): 
City/State/Zip: Los Lunas NM 87031

**Mailing Address** ☐ Same as physical
Address: 10916 Lagrange Park NE
Address (optional): 
City/State/Zip: Albuq, NM 87123

**Contact Information**
Primary Phone Number: (505) 710-0791
☐ Home ☑ Mobile ☐ Work ☐ Other

Secondary Phone Number (optional): 
☐ Home ☐ Mobile ☐ Work ☐ Other

**Previous Addresses** (past five years, most recent first, and include number, street, city, state, zip code.) If you need more space, use a separate sheet of paper.

| Address | City | State | Zip |
|---|---|---|---|
| 10916 Lagrange Park NE | Albuq | NM | 87123 |
| 10224 Piñetop Lane NE | Albuq | NM | 87111 |
| | | | |
| | | | |

**Current Marital Status (circle one):** (Single) Married Separated Divorced Widowed

**Current Spouse/Significant Other**
First: No spouse / Middle: / Last:
Date of Birth: / /
Social Security Number: -  -

**Full Name(s) and Date(s) of Birth of:** Birth Children, Adopted Children, Foster Children, and other Children who have lived in your household(s) within the past five years (If you need more space, use a separate sheet of paper)

| First Name | Middle Name | Last Name | Date of Birth (month, day, year) |
|---|---|---|---|
| Lissa | Ann | Guzman | XXXXXXXXXXXXX |
| Kristen | Dawn | Robinson | XXXXXXXXXXXX |
| | | | / / |
| | | | / / |

**Full Name(s) and Date(s) of Birth of all Adults who have previously lived with you (within the past five years)** (If you need more space, use a separate sheet of paper)

| First Name | Middle Name | Last Name | Date of Birth (month, day, year) |
|---|---|---|---|
| No other adults | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |

CYFD Background Check Unit

Full Name(s) and Date(s) of Birth of all Adults who are <u>currently</u> living with you (If you need more space, use a separate sheet of paper)

| First Name | Middle Name | Last Name | Date of Birth (month, day, year) |
|---|---|---|---|
| no current adults | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |
| | | | / / |

Names and Places of School(s) attended, along with graduation dates (High School, University, College, and Vocational Training) (If you need more space, use a separate sheet of paper)

| Name of School | Location of School | Graduation Date | Type (high school, college, etc.) |
|---|---|---|---|
| Albuquerque High School | Albuq. NM | 1965 | High School |
| UNM | Albuq. NM | 1983 | College |
| College of Santa Fe | Albuq. NM | | college |
| | | | |
| | | | |

Employment History (past ten years, include dates of employment / explain gaps in employment) (If you need more space, use a separate sheet of paper)

| Employer | Start Date | End Date | Explain Break in Employment |
|---|---|---|---|
| Broadcast Realty | 2006 | 2013 | dissolve partnership |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### IF YOU DO NOT UNDERSTAND THESE QUESTIONS, PLEASE SEEK GUIDANCE BEFORE ANSWERING THEM!

Have you ever been involved in a CYFD investigation of abuse or neglect of children or adults as the alleged perpetrator or household member? If so, provide the dates of all such investigations and the outcome of those investigations. NOTE: Failure to provide this information may lead to denial of your application.

_____ **Yes,** I have been involved in a CYFD (or other protective service agency) investigation of abuse or neglect of children or adults as the alleged perpetrator or household member (Provide details).

✓ **No,** I have never been involved in a CYFD (or other protective service agency) investigation of abuse or neglect of children or adults as the alleged perpetrator or household member.

Have you ever been charged with, arrested for, or convicted of a crime? NOTE: Failure to provide this information may lead to denial of your application.

_____ **Yes,** I have been charged with, arrested for, or convicted of a crime (Provide an explanation and disposition).

✓ **No,** I have never been charged with, arrested for, or convicted of a crime.

I understand that information submitted will be used to conduct an FBI supported background check and I, Judith Seligman hereby affirm under penalty of perjury that all the answers given on this statement are true and accurate to the best of my knowledge. By signing this affirmation, I am acknowledging that any falsehoods, omissions, or intentionally misleading answers will be grounds for denial of my application. If I do not understand any of the questions, I will seek help and ask for more information.

SIGNATURE: Judith Seligman      DATE: 9/13/2017

CYFD. Background Check Unit. Applicant Written Statement. 07/30/2015. Page 2 of 2

Case 19-10282-t11    Doc 160-5    Filed 02/10/20    Entered 02/10/20 14:49:53 Page 2 of 2