# Fw: Bills on computers

| | |
|---|---|
| From: | Judith Seligman (judithseligman@yahoo.com) |
| To: | armand@smdlegal.com |
| Date: | Tuesday, October 10, 2017, 02:46 PM MDT |

Hi Armand,

Inventory on the computers, software and labor provided by Kevin, he is the owner of performance computers. Thanks  Judith

Judith Seligman

----- Forwarded Message -----
**From:** lissa guzman <lissaaguzman@yahoo.com>
**To:** Judith Seligman <judithseligman@yahoo.com>
**Sent:** Tuesday, October 10, 2017 01:35:07 PM
**Subject:** Bills on computers


scan.pdf
802.7kB



Receipt 12280

# RECEIPT #12280

Sale Date: May 3, 2017, 8:10 AM
Sold by: admin




**Computer Parts Sales & Service**

**Performance Computers, LLC**
544 Main Street NW
Los Lunas, New Mexico 87031

Phone: 505-866-1175

Safe Site Educational Center

Email: safesite1716@gmail.com

## Purchase Items

| Qty | Name of Product | Item Price | Total Price | Tax |
|---|---|---|---|---|
| 1 | Dell Inspiron 530s  *student* | $250.00 | $250.00 | : $21.28 |
| 2 | Dell Inspiron 530s  *student* | $250.00 | $500.00 | : $42.55 |
| 1 | Gateway GT5408  *student* | $250.00 | $250.00 | : $21.28 |
| 1 | Dell Precision T5500 18gb RAM 120 ssd  *Felix* | $600.00 | $600.00 | : $51.06 |
| 1 | Dell Precision T5500 18gb RAM 240 ssd  *Sarah* | $600.00 | $600.00 | : $51.06 |
| 3 | Netgear ProSafe Stackable Smart Gigabit Ethernet PoE 24 Port Switch GS724TPS  *Returned Receipt 12516* | $100.00 | $300.00 | : $25.53 |
| 4 | LC Fiber Connector | $59.80 | $239.20 | : $20.36 |
| 1 | Microsoft Office 2016 Pro Plus  *Felix, Sarah, Judith & Lisa* | $549.00 | $549.00 | : $46.72 |
| 18 | 8' Cat6 Patch Cables | $8.00 | $144.00 | : $12.25 |

## Labor

| Labor Description | Price | Tax |
|---|---|---|
| Trace Existing Network Cable Routing 8 Hrs | $554.95 | : $47.23 |
| Computer Setup & Data Transfer on Felix and Sarah's Computers | $175.00 | : $14.89 |
| Deliver and Setup 4 Computers for Students | $65.00 | : $5.53 |

Parts Subtotal: $3432.20
Labor Total: $794.95

: $359.73

Grand Total: $4586.88

http://pc-rt-nm.com/rt14/store/receipt.php?func=show_receipt_printable&receipt=12280

**Payments:**

📧 **Check #1**
Safe Site Educational Center - $4586.88

Return Policy: Motherboards, memory and processors must be returned within 7 days for refund. All other items that are returned or exchanged for different items are subject to a 20% restocking fee. We may, at our discretion only charge a 5% restocking fee provide the item is return with non-ripped packaging in un-used condition. Items must be returned with a receipt. No returns or refunds on consumable items, printer cartridges, services, or items returned incomplete or without all original packaging. All returns over $25 are either credited back to the customer's credit card, or issued a company check within 14 days. Items that store data, like computers, require us to do extra work to resell them, these items will need to be checked and cleaned before we can resell them, we charge our current rate to do so and that amount will be deducted from refund.



# RECEIPT #12516

Sale Date: July 6, 2017, 2:54 PM
Work Order #9829
Sold by: admin





**Computer Parts Sales & Service**

**Performance Computers, LLC**
544 Main Street NW
Los Lunas, New Mexico 87031

Phone: 505-866-1175

Safe Site Educational Center

Email: safesite1716@gmail.com

## Purchase Items

| Qty | Name of Product | Item Price | Total Price | Tax |
|---|---|---|---|---|
| 3 | Cisco 48 Port Fiber Switch | $295.00 | $885.00 | : $75.31 |
| 3 | Refund Netgear ProSafe Stackable Smart Gigabit Ethernet PoE 24 Port Switch GS724TPS | $-100.00 | $-300.00 | : $-25.53 |
| 3 | Cat5 outlet | $11.95 | $35.85 | : $3.05 |
| 1 | 25" Fiber Optic Buffer Tube | $89.29 | $89.29 | : $7.60 |
| 1 | Dell t3600  *Felix*  Serial/Code: 3Q4LGX1 | $595.00 | $595.00 | : $50.63 |
| 1 | Dell T3500  *Sarah*  Serial/Code: HJK8ZQ1 | $525.00 | $525.00 | : $44.68 |
| 1 | Dell 27" LCD Monitor S2740Lb  Serial/Code: CN0P7D0G7426133N051L | $250.00 | $250.00 | : $21.28 |
| 1 | Dell 24" LCD Monitor 2407wfbp  *Lissa's* | $150.00 | $150.00 | : $12.77 |
| 1 | Dell t3400 Server  *File Server* | $765.00 | $765.00 | : $65.10 |
| 1 | ATI Radeon 3650 Video Card for Felix's Computer for Dual Monitors | $89.95 | $89.95 | : $7.65 |
| 2 | NEC 26 Inch Monitor - Felix | $245.00 | $490.00 | : $41.70 |
| 1 | Brother Laser Printer for Accountant. | $50.00 | $50.00 | : $4.26 |

## Labor

| Labor Description | Price | Tax |
|---|---|---|
| Fiber Optic LC End Replacement x4 | $300.00 | : $25.53 |
| Additional Tracing of Network Cables. | $165.00 | : $14.04 |
| Replace Cat5 Connectors for Student Computers | $65.00 | : $5.53 |
| Install Fiber Optic Buffer Tube | $97.50 | : $8.30 |
| Deliver and Setup CPA equipment and add them to the Network | $130.00 | : $11.06 |
| Install Video Card in Felix's Computer and setup Monitors | $55.00 | : $4.68 |
| Install Laser Printer for Accountant, Setup for Sharing and | $55.00 | : $4.68 |

Connect Accountant's Assistant's Computer to Printer.

| | |
|---|---|
| Parts Subtotal: | $3625.09 |
| Labor Total: | $867.50 |
| : | $382.32 |
| **Grand Total:** | **$4874.91** |

**Payments:**

Check #1
Safe Site Educational Center - $4874.91

**Return Policy:** Motherboards, memory and processors must be returned within 7 days for refund. All other items that are returned or exchanged for different items are subject to a 20% restocking fee. We may, at our discretion only charge a 5% restocking fee provide the item is return with non-ripped packaging in un-used condition. Items must be returned with a receipt. No returns or refunds on consumable items, printer cartridges, services, or items returned incomplete or without all original packaging. All returns over $25 are either credited back to the customer's credit card, or issued a company check within 14 days. Items that store data, like computers, require us to do extra work to resell them, these items will need to be checked and cleaned before we can resell them, we charge our current rate to do so and that amount will be deducted from refund.


Receipt 12176

# RECEIPT #12176

Sale Date: April 6, 2017, 9:37 AM
Paid Invoice #7619
Work Order #9666
Sold by: Kevin





**PC Repair Tracker**
*Computer Parts Sales & Service*

**PERFORMANCE COMPUTERS, LLC**
544 Main Street NW
Los Lunas, New Mexico 87031

Phone: 505-866-1175

Safe Site Educational Center

Email: safesite1716@gmail.com

## Purchase Items

| Qty | Name of Product | Item Price | Total Price | Tax |
|---|---|---|---|---|
| 4 | Remote Monitoring | $49.95 | $199.80 | : $17.00 |
| 4 | Remote Anti-Malware | $49.95 | $199.80 | : $17.00 |
| 4 | Remote Maintenance Service | $239.40 | $957.60 | : $81.49 |

Parts Subtotal: $1357.20

: $115.50

**Grand Total:** $1472.70

**Payments:**

Credit Card
XXXX-
TransID:
Safe Site Educational Center - $1472.70
GenericCreditCard

**Return Policy:** Motherboards, memory and processors must be returned within 7 days for refund. All other items that are returned or exchanged for different items are subject to a 20% restocking fee. We may, at our discretion only charge a 5% restocking fee provide the item is return with non-ripped packaging in un-used condition. Items must be returned with a receipt. No returns or refunds on consumable items, printer cartridges, services, or items returned incomplete or without all original packaging. All returns over $25 are either credited back to the customer's credit card, or issued a company check within 14 days. Items that store data, like computers, require us to do extra work to resell them, these items will need to be checked and cleaned before we can resell them, we charge our current rate to do so and that amount will be deducted from refund.

http://pc-rt-nm.com/rt14/store/receipt.php?func=show_receipt_printable&receipt=12176