

# Nonprofit Corporation
## ARTICLES OF INCORPORATION

The undersigned, acting as incorporator(s) to form a corporation under the New Mexico Nonprofit Corporation Act, adopt the following Articles of Incorporation:

**ARTICLE ONE:** The name of the Corporation is: Safe Site Youth Development Inc.

**ARTICLE TWO:** The period of duration is: **Perpetual**

**ARTICLE THREE:** The purpose for which the corporation is organized is: to ensure the best possible future for children and youth by promoting positive choices and behaviors. This corporation is organized exclusively for charitable, and educational purposes within the meaning of section 501(c)(3) of the Internal Revenue Code.

**ARTICLE FOUR:**
(1) The New Mexico street address of the corporation's initial registered office is: 1716 Los Lentes Rd. NE, Los Lunas, New Mexico 87031

(2) The name of the initial registered agent at the address of the initial registered office is:
**Felix Candelaria**

**ARTICLE FIVE:** Upon the winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

**ARTICLE SIX:** The names and addresses of the initial board of directors are:

Chair :	Felix Candelaria Jr.
		P.O. Box 1195
		Los Lunas, N.M 87031
		505-565-8023

Treasure :	Mr. Raymond J. Garcia CPA
		2060 Main St. NE
		Los Lunas, N.M. 87031
		505-865-7001

Secretary :	Mrs. Catharine Campbell
		3204 Mata Ortiz Dr. SW
		Albuquerque, N.M. 87121

**ARTICLE SEVEN:** The name and address of each incorporator is: Felix Candelaria, P.O. Box 1195, Los Lunas, N.M 87031

Dated: 12-07-09

_[signature]_

Signature of Incorporator(s)

RECEIVED
DEC - 9 2009
NM PUBLIC REG. COMM.
CORPORATION BUREAU

1

# Fw: Bylaws

**From:** Judith Seligman (judithseligman@yahoo.com)
**To:** aprioleau@wbl.com
**Date:** Tuesday, March 22, 2016, 05:24 PM MDT

Judith Seligman

--- On Tue, 3/22/16, Felix & Sarah Candelaria <safesite1716@gmail.com> wrote:

> From: Felix & Sarah Candelaria <safesite1716@gmail.com>
> Subject: Bylaws
> To: "Judith Seligman" <judithseligman@yahoo.com>
> Date: Tuesday, March 22, 2016, 4:19 PM
> FYI
>
> --
> Thank You
>
> Felix & Sarah Candelaria
>
> Safe Site
> P.O. Box 1195
> Los Lunas, N.M.  87031
>
> Phone:  505-565-8023
> Fax:  505-346-3703
> Email:  safesite1716@gmail.com
> New Mexico PreK
> A Place Where All Children Want To Be !
>
>
> This message (including any attachments) is intended only
> for the use
> of the individual or entity to which it is addressed and may
> contain
> information that is non-public, proprietary, privileged,
> confidential,
> and exempt from disclosure under applicable law or may
> constitute as
> attorney work product. If you are not the intended
> recipient, you are
> hereby notified that any use, dissemination, distribution,
> or copying
> of this communication is strictly prohibited. If you have
> received
> this communication in error, notify us immediately by
> telephone and
> (i) destroy this message if a facsimile or (ii) delete this
> message
> immediately if this is an electronic communication.
>
> Thank you.
>


Corporation - Bylaws Papers.pdf
262.5kB

## Nonprofit Corporation
## ARTICLES OF INCORPORATION

The undersigned, acting as incorporator(s) to form a corporation under the New Mexico Nonprofit Corporation Act, adopt the following Articles of Incorporation:

**ARTICLE ONE:** The name of the Corporation is: Safe Site Youth Development Inc.

**ARTICLE TWO:** The period of duration is: **Perpetual**

**ARTICLE THREE:** The purpose for which the corporation is organized is: to ensure the best possible future for children and youth by promoting positive choices and behaviors. This corporation is organized exclusively for charitable, and educational purposes within the meaning of section 501(c)(3) of the Internal Revenue Code.

**ARTICLE FOUR:**
(1) The New Mexico street address of the corporation's initial registered office is: 1716 Los Lentes Rd. NE, Los Lunas, New Mexico 87031

(2) The name of the initial registered agent at the address of the initial registered office is:
**Felix Candelaria**

**ARTICLE FIVE:** Upon the winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

**ARTICLE SIX:** The names and addresses of the initial board of directors are:
Chair :     Felix Candelaria Jr.
            P.O. Box 1195
            Los Lunas, N.M 87031
            505-565-8023

Treasure :  Mr. Raymond J. Garcia CPA
            2060 Main St. NE
            Los Lunas, N.M. 87031
            505-865-7001

Secretary : Mrs. Catharine Campbell
            3204 Mata Ortiz Dr. SW
            Albuquerque, N.M. 87121

**ARTICLE SEVEN:** The name and address of each incorporator is: Felix Candelaria, P.O. Box 1195, Los Lunas, N.M 87031

Dated: 12-07-09

_____
Signature of Incorporator(s)



1

# Fw: Emailing - Corporation - Bylaws Papers.pdf

From: Judith Seligman (judithseligman@yahoo.com)

To: judithseligman@yahoo.com

Date: Wednesday, August 16, 2017, 10:50 AM MDT

Judith Seligman

----- Forwarded Message -----
**From:** Safe Site <safesite1716@gmail.com>
**To:** Judith Seligman <judithseligman@yahoo.com>
**Sent:** Thursday, October 15, 2015 04:27:17 PM
**Subject:** Emailing - Corporation - Bylaws Papers.pdf

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

 Corporation - Bylaws Papers.pdf
262.5kB

 Felix Candelaria Jr .vcf
1.7kB

## Nonprofit Corporation
## ARTICLES OF INCORPORATION

The undersigned, acting as incorporator(s) to form a corporation under the New Mexico Nonprofit Corporation Act, adopt the following Articles of Incorporation:

**ARTICLE ONE:** The name of the Corporation is: Safe Site Youth Development Inc.

**ARTICLE TWO:** The period of duration is: Perpetual

**ARTICLE THREE:** The purpose for which the corporation is organized is: to ensure the best possible future for children and youth by promoting positive choices and behaviors. This corporation is organized exclusively for charitable, and educational purposes within the meaning of section 501(c)(3) of the Internal Revenue Code.

**ARTICLE FOUR:**
(1) The New Mexico street address of the corporation's initial registered office is: 1716 Los Lentes Rd. NE, Los Lunas, New Mexico 87031

(2) The name of the initial registered agent at the address of the initial registered office is:
**Felix Candelaria**

**ARTICLE FIVE:** Upon the winding up and dissolution of the corporation, after paying or adequately providing for the debts and obligations of the corporation, the remaining assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

**ARTICLE SIX:** The names and addresses of the initial board of directors are:

Chair :   Felix Candelaria Jr.
          P.O. Box 1195
          Los Lunas, N.M 87031
          505-565-8023

Treasure : Mr. Raymond J. Garcia CPA
           2060 Main St. NE
           Los Lunas, N.M. 87031
           505-865-7001

Secretary : Mrs. Catharine Campbell
            3204 Mata Ortiz Dr. SW
            Albuquerque, N.M. 87121

**ARTICLE SEVEN:** The name and address of each incorporator is: Felix Candelaria, P.O. Box 1195, Los Lunas, N.M 87031

Dated: 12-07-09

_[signature]_

Signature of Incorporator(s)

RECEIVED
DEC - 9 2009
NM PUBLIC REG. COMM.
CORPORATION BUREAU

1

HOME

## Search Information

Home

### Entity Details

| | | | |
|---|---|---|---|
| Business ID#: | 4242699 | Status: | Active |
| Entity Name: | SAFE SITE CHILD DEVELOPMENT, INC. | Standing: | Good Standing |
| DBA Name: | Not Applicable | | |

### Entity Type and State of Domicile

| | | | |
|---|---|---|---|
| Entity Type: | Domestic Nonprofit Corporation | State of Incorporation: | New Mexico |
| Statute Law Code: | 53-8-1 to 53-8-99 | | |

**Formation Dates**

**Reporting Information**

**Period of Existence and Purpose and Character of Affairs**



### Outstanding Items

**Reports:**

| Fiscal year End Date | Report Due Date | Extended Report Due Date | Reporting Year | Filing Fee | Penalty | Total |
|---|---|---|---|---|---|---|
| 12/31/2019 | 05/15/2020 | | 2019 | $10 | $0 | $10 |

Total No. of Records: 1 Page 1 of 1

**Registered Agent:**

No Records Found.

**License:**

No Records Found.

**Contact Information**

| | |
|---|---|
| Mailing Address: | **1800 Main Street NE, Los Lunas, NM 87031** |
| Principal Place of Business in New Mexico: | **1716 Los Lentes, Los Lunas, NM 87031** |
| Secondary Principal Place of Business in New Mexico: | |
| Principal Office Outside of New Mexico: | **Not Applicable** |
| Registered Office in State of Incorporation: | |
| Principal Place of Business in Domestic State/ Country: | **Not Applicable** |
| Principal Office Location in NM: | **Not Applicable** |

**Registered Agent Information**

| | |
|---|---|
| Name: | **FELIX CANDELARIA** |
| Geographical Location Address: | |
| Physical Address: | **1800 Main Street NE, Los Lunas, NM 87031** |
| Mailing Address: | **1800 Main Street NE, Los Lunas, NM 87031** |
| Date of Appointment: | **12/09/2009** |
| Effective Date of Resignation: | |

**Director Information**

| Title | Name | Address |
|---|---|---|
| Director | SARAH CANDELARIA | PO BOX 1195, LOS LUNAS, NM 87031 |
| Director | FELIX CANDELARIA JR. | PO BOX 1195, LOS LUNAS, NM 87031 |
| Director | CATHERINE CAMPBELL | 3204 MATA ORTIZ, ALBUQUERQUE, NM 87121 |

**Officer Information**

| Title | Name | Address |
|---|---|---|
| President | FELIX CANDELARIA | PO BOX 1195, LOS LUNAS, NM 87031 |
| Vice President | SARAH CANDELARIA | PO BOX 1195, LOS LUNAS, NM 87031 |
| Secretary | CATHERINE CAMPBELL | 3204 MATA ORTIZ, ALBUQUERQUE, NM 87121 |

**Organizer Information**

Not Applicable

**Incorporator Information**

No Records to View.

**Trustee Information**

Not Applicable

**Filing History**

**License History**

[ Back ] [ Entity Name History ] [ Return to Search ]