Letter on Safe Site  3     Yahoo/Sent

**Judith Seligman**  To whom it may concern  Jan 6 at 8:44 PM

**Judith Seligman** &lt;judithseligman@yaho  Jan 6 at 8:44 PM
To: Judith Seligman, Lissa Guzman

**Judith Seligman**
judithseligman@yahoo.com

To whom it may concern,

    I am writing this letter because it has come to my attention of the many violations and fraudulent infractions Safe Site - Sarah and Felix Candelaria have been committing through the years. I am wanting to be anonymous at this time, as I fear for my job and possible retaliation that will incur from these allegation. I am in the position, at this time, to provide all documentation that will substantiate said allegations. I will however, be willing to to disclose to Mr. & Mrs. Candelaria, when the time comes, if CYFD feels this needs to be told, that I was the one who had to report the accounting transactions of Safe Site and other infractions that are not allowed after receiving, from Melissa Lopez, the recent CYFD audit compliance rules and regulations on January 4th, 2018.

After Lissa Guzman (my daughter-HR) and I, Judith Seligman (bookkeeper), after reading all rules and regulations it is apparent Mr. and Mrs. Candelaria are not handling the affairs of CYFD funds appropriately. We had a private meeting with the Candelaria's advising of the misappropriate funds and violations, that they were committing, by going over each of the rules and regulations. Their response was they did not agree with our findings and they felt we were infringing of their personal expenditures. In the past, I advised him that is was agonist corporate rules and regulations to pay personal expenses out of the business account, but they explained they were not in any violation and all CYFD funds where at use their discretion except pre-K funds.

Here are some of the findings we have discovered due to the Candelaria's pillaging the business account:

1. They have been taking out large withdraws from the Safe Site account - at times as large is $70,000 per month - Some of these funds have been going to their personal account and or mattress money to pay their personal bills, plus large salaries they receive from Safe Site payroll. This makes me short almost every month for payroll, as well as, being behind 5 quarters IRS Federal withholding taxes- I have just caught up with state withholding taxes this week. This leaves us often having to borrow money from their daughter (Marissa Candelaria), myself and other sources for payroll. They pay their daughter back with interest on monies borrowed, but has not paid all other parties back.

2. In the recent past, they have paid all family and personal bills out of Safe Site account.
(All family consists of Marissa Candelaria (as well as her ex- boy friend Terry Lynn), Miranda Candelaria (and current boy friend Samuel Gonzalez) along with Sarah and Felix Candelaria) -debts include: Automobiles, all utility bills, mortgages, down Payments for houses (their daughters), Remodeling cost, new wells, furniture, house cleaner and other personal items.

As of recent, they have now been taking large withdraws because I advise they could not pay these bills through the company. They have purchased 3 new homes, One 5 Libel Court Los Lunas they took over $50,000 in cash from Safe Sate, $20,000 was a non-refundable deposit that they lost in the transaction. $30,000 was use to close on 12/29/2017. $5,000 down payment on Marissa's home and $15,000 down payment on Miranda's and Samuels home plus the land cost. This does not include the remodel, set up cost on the manufactured home, and repairs that have been made to Marissa's, Terry, andMiranda's property as well as Felix and Sarah's property. These fees do not include payments that Mr.& Mrs. Candelaria are making on all properties as well as an empty home they decided to move out from.

3. All remodeling cost on each property were funds from Safe Site. Some Safe Site employees are being used to remodel and clean each home while on the


CLOTHING MONSTER
UP TO 20%
SHOP NOW

The differe
coming to

Become a patient
THE UN
MI
Making

Sponsored
E*TRADE
Opportunity is Everywhere if you know where to look. Get Started at E*TRADE.

Give feedback



**FW: Whistler Blower Safe Site**

**Judith Seligman** — Whistle Blower - Immun — Jan 10 at 1:00 PM

**Judith Seligman** <judithseligman@yahoo> — Jan 10 at 4:45 PM
To: Lopez Melissa CYFD,
Armijo Tasha CYFD,
rosemary.whitegeese@state.nm.us,
elena.tercero@state.nm.us

> Show original message

**Whitegeese, Rosemary, CYFD** — Jan 11 at 12:06 PM
To: judithseligman@yahoo.com

Hello –

Thank you for the information; we are reviewing this matter and we will get back to you.

Regards,

**Rosemary Whitegeese**
Financial Manager
CYFD Administrative Services Division
Santa Fe, New Mexico 87502
Phone: 505-827-7495
Cell: 505-309-2105
Fax: 505-827-4116

**cyfd**
New Mexico Children, Youth & Families Department

✓ Hide original message

**From:** Judith Seligman [mailto:judithseligman@yahoo.com]
**Sent:** Wednesday, January 10, 2018 4:45 PM
**To:** Lopez, Melissa, CYFD <Melissa.Lopez4@state.nm.us>; Armijo, Tasha, CYFD <Tasha.Armijo@state.nm.us>; Whitegeese, Rosemary, CYFD <Rosemary.Whitegeese@state.nm.us>; Tercero, Elena, CYFD <Elena.Tercero@state.nm.us>
**Subject:** Whistler Blower Safe Site

Whistle Blower - Immunity protection letter - Amended,