

Los Lunas Police Department

# Case Report

## Administrative

| | | | |
|---|---|---|---|
| Case Report Number | LLPI20180052-001 | Verification | |
| Subject | Embezzlement- Safe Site | Verification Level | |
| Disposition | Closed Otherwise | Jurisdiction | District 5 |
| Entered On | 1/9/2018 12:33:04 PM | Grid | |
| Entered By | Yokoyama, Patrick | Sector | LLPD |
| Reported On | 1/9/2018 | Map | |
| Reporting Officer | Yokoyama, Patrick | Census/Geo Code | |
| Reporting Agency | LLPD - Los Lunas Police Department | Call Source | Dispatch |
| Report Type | Crime Report | Related Cases | |
| Assisted By | | Means | |
| Occurred On (Date and Time) | Saturday 10/1/2016 12:00:00 AM | Other Means | |
| | | Motives | |
| Or Between (Date and Time) | Tuesday 1/9/2018 11:15:00 AM | Other Motives | |
| | | Vehicle Activity | |
| Location | 1800 MAIN ST NE | Direction Vehicle Traveling | |
| CSZ | Los Lunas, NM 87031 | Cross Street | |
| Location Name | *SAFE PLACE FOR CHILD | Notified | |

## For Exceptional Clearances

Clearance Basis
Exceptional Clearance Date

## Offense

| | | | |
|---|---|---|---|
| Offense | Embezzlement $20,000 2nd DF | IBR Group | |
| | | Crime Against | Property |
| Code Section | | UCR Hierarchy | 12 |
| IBR Code | | Location Type | Commercial/Office |

Printed 1/19/2018 3:20 PM



Los Lunas Police Department

| | Building | Using | Not Applicable |
|---|---|---|---|
| Completed | Yes | Weapons | |
| Hate/Bias | None (No Bias) | Criminal Activity | |
| Domestic Violence | No | Type Security | |
| Premises Entered | | Tools | |
| Entry | | | |

## Offenders

**Suspect Name: Seligman, Judith**

### Aliases

| Alias |
|---|

### Alert(s)

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | 3736 Eubank Blvd Ne B2 | Albuquerque, NM 87111 | Bernalillo | USA - United States of America |

### Phones

| Phone Type | Phone Number |
|---|---|
| H - Home | (505) 710-0791 |

### Emails

| Email Address |
|---|

| | | | |
|---|---|---|---|
| Sex | Female | Facial Hair | |
| Race | Caucasian - Non-Hispanic | Complexion | Fair |
| Ethnicity | Not Hispanic or Latino | Teeth | Normal |
| | | Build | Small |
| Age | 69 | Height | 5' 4" |
| Eye Color | Blue | Weight | 150 |
| Hair Color | Blond | Resident | Nonresident |
| Hair Style | Straight | POB | Colorado |
| Hair Length | Long | DLN | 012402350 |

Printed 1/19/2018 3:20 PM



| DL State | New Mexico |
| DL Country | United States of America |

## Scars, Marks and Tattoos

| SMT | Location | Description |
|-----|----------|-------------|
|     |          |             |

| Attire | | MO | |
| Employer/School | | Other MO | |
| Employer Address | | Habitual Offender | |
| Employer CSZ | | Status | |
| Occupation/Grade | | | |

Notes

## Suspect Name: Guzman, Lissa Ann

### Aliases

| Alias |
|-------|
|       |

Alert(s)

### Addresses

| Address Type | Address | CSZ | County | Country |
|--------------|---------|-----|--------|---------|
| H - Home | 10617 Pennyback Park Dr Ne | Albuquerque, NM 87123 | Bernalillo | USA - United States of America |

### Phones

| Phone Type | Phone Number |
|------------|--------------|
| H - Home | (505) 306-7265 |

### Emails

| Email Address |
|---------------|
|               |

| Sex | Female | Ethnicity | Not Hispanic or Latino |
| Race | Caucasian - Non-Hispanic | | |



| Age | 45 | Height | 5' 3" |
|-----|-----|--------|-------|
| Eye Color | Green | Weight | 215 |
| Hair Color | Blond | Resident | Nonresident |
| Hair Style | Straight | POB | California |
| Hair Length | Long | DLN | 036909498 |
| Facial Hair | | DL State | New Mexico |
| Complexion | Fair | DL Country | United States of America |
| Teeth | Normal | | |
| Build | Large | | |

## Scars, Marks and Tattoos

| SMT | Location | Description |
|-----|----------|-------------|
| | | |

| Attire | | MO | |
|--------|--|----|--|
| Employer/School | | Other MO | |
| Employer Address | | Habitual Offender Status | |
| Employer CSZ | | | |
| Occupation/Grade | | | |

Notes

## Victims

**Name: Safe Site Child Development**

| Victim Type | Business |
|-------------|----------|
| Victim of | 30-16-8E - Embezzlement $20,000 2nd DF |

### Aliases

| Alias |
|-------|
| |

Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|--------------|---------|-----|--------|---------|
| H - Home | 1800 Main St Ne | Los Lunas, NM 87031 | Valencia | USA - United States of America |

Case 19-10282-t11   Doc 160-9   Filed 02/10/20   Entered 02/10/20 14:49:53 Page 4 of 9



Los Lunas Police Department

## Phones

| Phone Type | Phone Number |
|------------|--------------|
| W - Work | (505) 991-2100 |

## Emails

| Email Address |
|---------------|

Sex
Race
Ethnicity

Age
Eye Color
Hair Color
Facial Hair
Complexion
Height
Weight
Resident

POB
DLN
DL State
DL Country

Attire
Employer/School
Employer Address
Employer CSZ
Occupation/Grade
Testify
Injury

## Offender Relationships

| Offender | Relationship |
|----------|--------------|

Circumstances
Just. Hom. Circ.

## LEOKA Info

Type
Assignment

Activity
ORI-Other Jurisdiction

Notes

Witnesses ——————————————————————

Other Entities ——————————————————————



Los Lunas Police Department

## Name: Candelaria, Felix

| Entity Type | Complainant |
| --- | --- |

### Aliases

| Alias |
| --- |

Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
| --- | --- | --- | --- | --- |
| W - Work | 881 Pinzon St Nw | Los Lunas, NM 87031 | Valencia | USA - United States of America |

### Phones

| Phone Type | Phone Number |
| --- | --- |
| W - Work | (505) 991-2100 |

### Email

| Email Address |
| --- |

| | | | |
| --- | --- | --- | --- |
| Sex | Male | POB | |
| Race | Hispanic | DLN | 022078399 |
| Ethnicity | Hispanic or Latino | DL State | New Mexico |
| | | DL Country | United States of America |
| Age | 52 | | |
| Eye Color | Brown | Attire | |
| Hair Color | Brown | Employer/School | Safe Site Youth Development Center |
| Facial Hair | Clean Shaven | | |
| Complexion | Light Brown | Employer Address | 1800 Main St Ne |
| Height | 5' 9" | Employer CSZ | Los Lunas N.M., 87031 |
| Weight | | Occupation/Grade | |
| Resident | Resident | | |

Notes

## Name: Candelaria, Sarah

Case 19-10282-t11    Doc 160-9    Filed 02/10/20    Entered 02/10/20 14:49:53 Page 6 of 9



| Entity Type | Other Individual (Person) |
|---|---|

### Aliases

| Alias |
|---|

Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| W - Work | 881 Pinzon St Nw | Los Lunas, NM 87031 | Valencia | USA - United States of America |

### Phones

| Phone Type | Phone Number |
|---|---|
| W - Work | (505) 991-2120 |

### Email

| Email Address |
|---|

| | | | |
|---|---|---|---|
| Sex | Female | POB | |
| Race | Hispanic | DLN | 027892892 |
| Ethnicity | Hispanic or Latino | DL State | New Mexico |
| | | DL Country | United States of America |
| Age | 52 | | |
| Eye Color | Brown | Attire | |
| Hair Color | Brown | Employer/School | Safe Site Youth Development Center |
| Facial Hair | | | |
| Complexion | Light Brown | Employer Address | 1800 Main St Ne |
| Height | 5' 4" | Employer CSZ | Los Lunas N.M., 87031 |
| Weight | | Occupation/Grade | |
| Resident | Resident | | |

Notes

### Properties

**Property Other Document**

Printed 1/19/2018 3:20 PM



| | | | |
|---|---|---|---|
| IBR Type | 77 | Serial Number\VIN | |
| UCR Type | 77 | Color | |
| Description | Quick report transactions | Color | |
| Status | Evidence (Seized) | Recovered Date | 1/9/2018 |
| Count | 6 | Owner | |
| Value | 00.00 | Disposition | |
| Manufacturer | | Evidence Tag | |
| Model | | Alert(s) | |

## Vehicle Information

| | | | |
|---|---|---|---|
| Vehicle Type | | License Number | |
| Vehicle Year | | License Exp. Date | |
| Body Style | | License State | |

| Color Type | Color |
|---|---|
| | |

## Drug Information
Drug Type
Drug Quantity
Drug Measure

Notes

## Narrative

| | |
|---|---|
| Narrative Subject | Embezzlement |
| Date Entered | 1/9/2018 |
| Entered By | 59 - Yokoyama, Patrick |
| Narrative: | |

On Tuesday January 9, 2018 I Officer Yokoyama was dispatched to Safe Site Child Development at 1800 Main Street NE,

Case 19-10282-t11    Doc 160-9    Filed 02/10/20    Entered 02/10/20 14:49:53 Page 8 of 9



in reference to a larceny call.

Upon arrival I made contact with Felix and Sarah Candelaria the owners of the business. Felix stated he had a former employee identified as Judith Seligman, who used to do the book keeping for his business. Felix stated she worked for the business for about ten to twelve years. Felix stated he had been asking for a couple months for access to payroll reports. Felix stated Judith was the only person who had access to the payroll accounts. Felix stated he told Judith he was going to be hiring a CPA to do the book keeping for the business. Felix stated Judith became very upset and started making false accusations about the business. Felix stated he was able to gain access to the payroll transactions and noticed several unauthorized transactions on the payroll account. Felix stated Judith was only paid $7,500 dollars a month for the book keeping. Felix stated fourteen checks which amounted to $139,953.30 from October 3, 2016 to January 6, 2018. Felix stated stated there were eleven other checks which were not payroll checks written out to Judith which amounted to $37,800 from March 3, 2017 to January 4, 2018. Felix stated he did not authorize the additional checks. Felix stated Judith's daughter Lissa Guzman worked at the business for her mother. Felix stated he never hired Lissa to work for the business. Felix stated Lissa was supposed to be paid by Judith from her wages. Felix stated he noticed forty nine checks which were written out to Lissa which amounted to $24,709.01 from June 9, 2017 to January 4, 2018. Felix stated he did not authorize any checks to be issued to Lissa.

I spoke to Sarah about the incident. Sarah stated she started noticing additional transactions on the bank account a few months ago. Sarah stated she did not monitor the payroll account prior to noticing the additional transactions. Sarah stated she asked Judith for all the payroll information and tax information a couple months ago. Sarah stated Judith always had an excuse on why she could not provide her with the documentation. Sarah stated Judith told her she would have to get some of the documentation from her personal office at home. Sarah stated she found it strange, because Judith was provided an office, file cabinets to keep all the businesses documentation on site. Sarah escorted me to the office Judith had previously used. It should be noted all the businesses financial records were removed from the office and the file cabinets were empty. Sarah stated she does not have any financial records for the business and believes Judith took them all. Sarah stated Judith has all the payroll checks and also a signature stamp. Sarah stated she contacted Judith via telephone on Friday January 5, 2018 telling her she needs to return the payroll checks and the signature stamp. Sarah stated Judith told her she was going to return the checks and stamp on Monday January 8, 2017. Sarah stated Judith did not drop off the items. Sarah stated Judith contacted her via telephone stating she would not be returning to the business.

Sarah stated she has the CPA going back through the books over the last twelve years to see if there are any more unauthorized checks that were written out. Sarah stated she would contact me at a later date with additional information if she obtained any.

A supplemental report will be generated if any other information is obtained.

A copy of the payroll transactions will be tagged into evidence.

This report is being forwarded to CID for further investigation.

P. Yokoyama
Patrolman
LLPD #59