| C BR | D BR | Run | Batch | Src Batch | Sequence | App | C/D | Serial | Transit | Account | Trancode | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | 11 | 55 | 213 | 3350 | 1 | D | 002105057 | 307070047 | 0457696017 | 0 | 9,000.00 |

| Pkt | Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 08/09/2016 | | | | | | | | | | | |



**Sandia Area**

P.O. BOX 18044
ALBUQUERQUE, NEW MEXICO 87185-0044
(505) 292-6343 • (800) 228-4031
www.sandia.org

Sandia Area Federal Credit Union
Albuquerque, NM

95-7004 / 3070



**NCUA**

No. 002105057

08/09/2016

PAY  Nine Thousand Dollars and 00 cents                $9,000.00

TO THE ORDER OF   FELIX AND SARAH CANDELARIA
RE: JUDITH A SELIGMAN
MEMO: LOAN

Voucher Must Be Presented
For Payment Within 90 Days

PRESIDENT

⑆002105057⑆ ⑉307070047⑉ 0457696017⑈

---

>307070047<
Sandia Area Federal CU
08/09/2016 0002-0315
R0011 B0055 S003350

Teller #315
AUG 0 9 2016
307070047

**Checking/Savings Withdrawal**          New Mexico

Account Number                           Amount

✱ 6740490700                    $   10,000.00

Withdrawal From The Account Of  Judith Seligman            Date
                                (Please Print)

Ten Thousand + No/100                                Dollars

                                         Signature
                                Judith Seligman

⑆5469⑈9030⑆

20160729009171252346305

20160729009171252346305

# BBVA Compass

**CASHIER'S CHECK**
CHEQUE DE CAJA

502905260
61-118/620

Date/Fecha: 07/29/2016    893

PAY TO THE ORDER OF: SAFE SITE YOUTH DEVELOPMENT
Paguese por este cheque a lo orden de

****** $10,000.00 ******

*** TEN THOUSAND DOLLARS AND 00 CENTS ***

Remitter/Remitente: MOONLITE CONSTRUCTION
Description/Descripción: LOAN

Drawee:
Compass Bank
Birmingham, AL 35233

AUTHORIZED SIGNATURE / FIRMA AUTORIZADA

⑊502905260⑊ ⑉062001186⑉ 151 5611 2⑊

---

0220030036 004 07-29-16 04 >107006253< MY BANK

ENDORSE HERE: / ENDOSE AQUÍ:
X
CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ENDORSEMENT GUARANTEED

MyBank
BELEN, NM

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
NO FIRME / ESCRIBA / ESTAMPILLA DEBAJO DE ESTA LINEA
FOR FINANCIAL INSTITUTION USAGE ONLY
PARA EL USO DE LA INSTITUCION FINANCIERA SOLAMENTE

## BBVA Compass  Cashiers Check Purchase

| | | | |
|---|---|---|---|
| Business Date: | 07/29/16 | Trans Seq #: | 00026 |
| Calendar Date: | 07/29/16 | | |
| Time: | 11:07:56 | | |
| Region ID: | 046 | Pay To: | Safe Site Youth Development |
| Cost Center: | 0000046305 | | |
| Cashbox: | 0005 | | |
| Operator: | SC96398 | Description: | LOAN |
| Remitter: | MOONLITE CONSTRUCTION | Cashier's Check #: | 0502905260 |

⑈5029052601⑈ ⑆062001186⑆  151561121⑈10⑈⑈0001000000⑈

20160729009171252446305

Case 19-10282-t11   Doc 160-10   Filed 02/10/20   Entered 02/10/20 14:49:53   Page 4 of 4