## Re: meetimg with Paul

**From:** Judith Seligman (judithseligman@yahoo.com)

**To:** safesite1716@gmail.com

**Cc:** samherbert@netscape.com

**Date:** Saturday, January 3, 2015, 10:28 AM MST

Good Morning,
Sam can not meet on Monday, can you arrange the meeting early in the morning on either Tuesday or Wednesday before your meetings? ==Sam would like me to move forward with the accounting and payroll as soon as possible and wants all the back up info so we can proceed.== Please let me know.
I
Thanks Judith

Judith Seligman

-------------------------------------------
On Fri, 1/2/15, Felix & Sarah Candelaria <safesite1716@gmail.com> wrote:

Subject: Re: meetimg with Paul
To: "Judith Seligman" <judithseligman@yahoo.com>
Date: Friday, January 2, 2015, 3:34 PM

The meeting
is set for Monday at 12:00 pm, we have appointments on Tuesday and Wednesday.
Safe Site
On Jan 2, 2015 11:16 AM,
"Judith Seligman" <judithseligman@yahoo.com>
wrote:
Hi
Felix


Happy New Year to you and Sarah and your family!


==Sam wants you to set up a meeting with Paul for Tuesday or Wednesdays==

please let me know what time this will be. I will be
talking to Sam tomorrow in the morning and I will give you
an update,

Thanks Judith


Judith Seligman



```
> copies of the original
> message.
>
>
>
>
> On 6/28/15, 1:08 PM,
>
> "Judith Seligman" <judithseligman@yahoo.com>
> wrote:
>
> >
> >Judith
> Seligman
> >
>
>
> >--- On Fri, 6/26/15,
> Felix & Sarah Candelaria <safesite1716@gmail.com>
> >wrote:
> >
> >> From: Felix & Sarah
> Candelaria
> <safesite1716@gmail.com>
> >> Subject: Workforce Solutions
> >> To: "Judith Seligman"
> <judithseligman@yahoo.com>
> >> Date: Friday, June 26, 2015, 2:47
> > PM
> >>
> Can you please call Laura at
> >>
> 1-505-841-8556, she is with
> >
> unemployment
> >> Ins Department.
> She
> > stated that Paul was no-longer
> >>
> > doing our
> paper
> >> work, I told her
> > that you were know doing all of our
> paper
> >> work. So
> >> we
> > put you
> down as the person in charge.
> >>
>
> >> --
> >
> >> Thank You
> >>
> >> Felix & Sarah Candelaria
> >>
> >>
> Safe Site
> >> P.O. Box 1195
> >>
> > Los Lunas,
> N.M. 87031
> >>
> >> Phone: 505-565-8023
> >> Fax: 505-346-3703
> >> Email: safesite1716@gmail.com
> >> New Mexico PreK
> >> A Place Where All Children Want
> To Be
> >!
> >>
>
> >>
> >
> >> This message (including any
>
```