←  **Judith Seligman**  
Mobile  📞  ⋮

**1/4/18 3:18 PM**

Judith Seligman: Did you read the information from CYFD. I'm just finishing up with

Judith Seligman: the payroll and I'm going to have Lissa take me to urgent care. I n

Judith Seligman: eed to talk with you. Do you think you might have some time around

Judith Seligman: 5:30 to talk?

**1/4/18 3:36 PM**

We are on are way Felix's basketball game. I will try and call you at 5:30. Or we talk tomorrow.
Felix & Sarah Candelaria

+ Type a message... 😀 🎤