you think you might have some time around

5:30 to talk?

1/4/18 3:36 PM

We are on are way Felix's basketball game. I will try and call you at 5:30. Or we talk tomorrow.
Felix & Sarah Candelaria

1/4/18 3:58 PM

Where do we meet at 10 tomorrow

Oh he cancelled tomorrow and will call me on Monday.
Felix & Sarah Candelaria

1/4/18 5:08 PM

Mrs. Judith

Type a message...