1/8/18 8:12 AM

Good morning Judith around what time will you be at the center with the back up, checks and the signature stamp?
Felix & Sarah Candelaria

Sent

I'm at the eye doctors I'll get back to you in a bit

1/8/18 11:53 AM

Still at the doctors they are running a few tests. Not sure how much longer.

1/8/18 2:52 PM

s not a system that I have to manually save