**Judith Seligman**
Mobile



2:52 PM

s not a system that I have to manually save each back up. This is g

I'm on woh quickbooks because the back up didn't work they said it'

oing to take a while to finish it

7:28 PM

Did you lock me out of quickbooks?

7:36 PM

I turn you and Sarah for misappropriated funds with Safe Site to CYFD. My



Type a message...