
Monday 7:37 PM

I turn you and Sarah for misappropriated funds with Safe Site to CYFD. My understanding sending this to the CPA she is also legally required to do the same.

As well as all the infractions that have been committed and are a violation to the rules I received from CYFD on Friday.

  
