**Isaac Emmanuel**

| | |
|---|---|
| **From:** | Felix & Sarah Candelaria [concarino1@qwestoffice.net] |
| **Sent:** | Monday, July 30, 2018 11:39 AM |
| **To:** | Isaac Emmanuel |
| **Subject:** | Fwd: Return of Property |

fyi

---------- Forwarded message ---------
From: **Felix & Sarah Candelaria** <concarino1@qwestoffice.net>
Date: Thu, Jan 11, 2018 at 2:35 PM
Subject: Return of Property
To: Judith Seligman <judithseligman@yahoo.com>


Mrs. Judith

At this time, we are requesting that all property including the payroll checks and signature stamps pertaining to the business and personal be returned immediately.  Your services are no longer needed.

--

Felix & Sarah Candelaria
Safe Site Child Development, Inc.
Center:  505-565-8023
Fax:  505-346-3703
Email:  safesite1716@gmail.com
New Mexico PreK
A Place Where All Children Want To Be !



--

Felix & Sarah Candelaria
Safe Site Child Development, Inc.
Center:  505-565-8023
Fax:  505-346-3703
Email:  safesite1716@gmail.com
New Mexico PreK
A Place Where All Children Want To Be !