## Re: Deposit

From: Judith Seligman (judithseligman@yahoo.com)

To: coba1@me.com

Date: Tuesday, October 4, 2016, 01:16 PM MDT

Thank you let me know how this breaks out and I will get back to you.
Judith

Judith Seligman

-----------------------------------------------
On Tue, 10/4/16, James Jaramillo <coba1@me.com> wrote:

Subject: Re: Deposit
To: "Judith Seligman" <judithseligman@yahoo.com>
Date: Tuesday, October 4, 2016, 1:11 PM

The commission is only part of the deposit. I will give you exact amounts later today.

Coba Investment Company
Real Estate Brokerage and Development
James A. Jaramillo, Owner/ NM Broker
400 Rio Grande Blvd, NW
Albuquerque, NM 87104
505.730.2170
coba1@me.com


On Oct 4, 2016, at 1:07 PM, Judith Seligman <judithseligman@yahoo.com> wrote:

Hi James,
I thought that I was gone to be using my commission check towards the deposit and I would collect it later from him after he was up and running. Please let me know. Thanks Judith

Judith Seligman

-----------------------------------------

On Tue, 10/4/16, James Jaramillo <coba1@me.com> wrote:

 Subject: Deposit
 To: "Judith" <judithseligman@yahoo.com>
 Cc: "James Jaramillo" <coba1@me.com>
 Date: Tuesday, October 4, 2016, 1:01 PM

 Judith,
 Can you give me the status on deposit
 check?
 Thanks James


 Coba Investment Company
 Real Estate Brokerage and Development

 James A. Jaramillo, Owner/
 NM Broker
 400 Rio Grande Blvd, NW
 Albuquerque, NM 87104
 505.730.2170
 coba1@me.com

Los Lunas Riverfront, LLC.
Safe Site Development

| SQFT | Month 1-3 | Month 4-6 | Month 7-12 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Safe Site Youth Development | 18000 | 66000 | 73500 | 81000 | $333,720.00 | $343,731.60 | $354,043.55 | $364,664.85 | $375,604.80 | $386,872.94 | $398,479.13 | $410,433.51 | $422,746.51 | $3,628,796.90 |
| | | | | Year 1 | | | | | | | | | |
| Group Home | 4500 | | | $ 81,000.00 | $ 83,430.00 | $ 85,932.90 | $ 88,510.89 | $ 91,166.21 | $ 93,901.20 | $ 96,718.24 | $ 99,619.78 | $102,608.38 | $105,686.63 | $ 928,574.22 |
| Total SQFT | 4500 | | | | | | | | | | | | | $4,557,371.12 |

| | | |
|---|---|---|
| Prepaid Rent | $ 31,500.00 | |
| Security Deposit | $ 27,000.00 | |
| Total Amount Due | $ 58,500.00 | |
| Minus Commission | $ 24,249.90 | |
| Total Amount Due | $ 34,250.10 | |

| | Gross Revenue For 1st 5years | Commission % | $ Amount | Due at Move in | Due in 1 Year |
|---|---|---|---|---|---|
| Commission 1.5 % for the first | $ 1,616,660.00 | 0.015 | $ 24,249.90 | $ 12,124.95 | $12,124.95 |
| Commission for Group Home | $ 430,040.00 | 0.015 | $ 6,450.60 | $ 3,225.30 | $ 3,225.30 |

* Commission for Group Home can not be used toward deposit because of the unknowns