UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Safe Site Youth Development, Inc.  Case No. 19-10282 T11
EIN: 27-1492193
Debtor.

### NOTICE OF ERRATA ON JUDITH SELIGMAN'S EXHIBIT LIST

COMES NOW, Judith Seligman, Creditor Claim 6, by her undersigned counsel and files this Notice of Errata to correct the Exhibit List filed on February 10, 2020 in the above captioned matter. Following a review of the filed exhibits, it appears that Exhibit G – Payments to Judith Seligman by Safe Site did not upload.

This Notice serves to correct the failure to upload Exhibit G, which is attached to this Errata.

Respectfully Submitted,

ROYBAL-MACK & CORDOVA, P.C.

*/s/ Amelia P. Nelson Electronically filed 2/12/2020*
AMELIA P. NELSON
*Attorneys for Judith Seligman and Lissa Guzman*
1121 4th Street NW, Suite 1D
Albuquerque, NM 87102
Telephone: (505) 288-3500
Email: amelia@roybalmacklaw.com

### CERTIFICATE OF SERVICE

In accordance with NM LBR 9036-1 and Fed.R.Civ.P. 5(b)(3)), this certifies that service of the foregoing will be made on this 12th day of February 2020, via the notice transmission facilities of the case management and electric filing systems of the Bankruptcy Court, to all parties that have filed for electronic notice.

*/s/ Amelia P. Nelson filed Electronically 2/12/2020*
AMELIA P. NELSON