## WELLS FARGO

## Check Details

*Posted w/no venda to Payroll expense*

| | |
|---|---|
| Check Number | 4523 |
| Date Posted | 01/09/17 |
| Check Amount | $1,500.00 |

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**SAFE SITE YOUTH DEVELOPMENT, INC.**
P.O. BOX 1198
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
06-219/1070

4523

1/5/2017

PAY TO THE
ORDER OF    Judith Seligman                                                        $ **1,500.00

One Thousand Five Hundred and 00/100********************************************************** DOLLARS

Judith Seligman

MEMO

---

## WELLS FARGO

## Check Details

| | |
|---|---|
| Check Number | 4524 |
| Date Posted | 01/06/17 |
| Check Amount | $7,500.00 |

*Posted to vendor "Blank"*
*Wells Fargo Payroll*

SAFE SITE YOUTH DEVELOPMENT, INC.
P.O. BOX 1195
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
96-219/1070

4524

1/5/2017

PAY TO THE
ORDER OF    Judith Seligman                                    $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************************ DOLLARS

Judith Seligman

MEMO

EXHIBIT
UST D-9

# WELLS FARGO

## Check Details

| | |
|---|---|
| Check Number | 4534 |
| Date Posted | 02/03/17 |
| Check Amount | $7,500.00 |

*Posted to vendor "Blank"*
*to WF Payroll*

SAFE SITE YOUTH DEVELOPMENT, INC.
P.O. BOX 1108
LOS LUNAS, NM 87031

WELLS FARGO BANK, N.A.
NEW MEXICO 87031

4534

PAY TO THE ORDER OF    Judith Seligman      $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************ DOLLARS

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

MEMO

## WELLS FARGO

## Check Details

*Posted to no vendor*
*Payroll Expenses)*

| | |
|---|---|
| Check Number | 4535 |
| Date Posted | 02/06/17 |
| Check Amount | $1,500.00 |



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING    4535

SAFE SITE YOUTH DEVELOPMENT, INC.
P.O. BOX 1185
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
96-228/1070

2/3/2017

PAY TO THE
ORDER OF    Judith Seligman          $ **1,500.00

One Thousand Five Hundred and 00/100************************************ DOLLARS

Judith Seligman
10918 Lagrange
Albuquerque, NM 87123

MEMO

Case 19-10282-t11    Doc 162-1    Filed 02/12/20    Entered 02/12/20 12:52:51 Page 4 of 12

## WELLS FARGO

## Check Details

| | |
|---|---|
| Check Number | 4554 |
| Date Posted | 03/03/17 |
| Check Amount | $7,500.00 |

*Not entered in QB*
*LUSA entered*

CASH ONLY IF ALL CONTENTS OF SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING                    4554

**SAFE SITE YOUTH DEVELOPMENT, INC.**
P.O. BOX 1196
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87091
95-919/1070

3/3/2017

PAY TO THE
ORDER OF        Judith Seligman                                      $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

© 2014 INTUIT INC. 1-800-433-8810

MEMO

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/default?_x=8IQm_he0ODzkh3Q3m7nAUKmfp5Pheb-Y#state=modal.1.3                              1/2

# WELLS FARGO

## Check Details

*Charged to Payroll Exp*

| | |
|---|---|
| **Check Number** | 4555 |
| **Date Posted** | 03/06/17 |
| **Check Amount** | $1,500.00 |



SAFE SITE YOUTH DEVELOPMENT, INC.
P.O. BOX 1196
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
96-216/1070

4555

3/3/2017

PAY TO THE ORDER OF    Judith Seligman                                    $ **1,500.00

One Thousand Five Hundred and 00/100 **************************************************************** DOLLARS

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

MEMO

Case 19-10282-t11     Doc 162-1     Filed 02/12/20     Entered 02/12/20 12:52:51 Page 6 of 12

## WELLS FARGO

### Check Details

Posted to Payroll Exp
Shown as Vendor "Deposit")

| | |
|---|---|
| Check Number | 4565 |
| Date Posted | 04/05/17 |
| Check Amount | $7,500.00 |

CASH ONLY IS ALL"... ...SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING (IF COLOR...

**SAFE SITE YOUTH DEVELOPMENT, INC.**
P.O. BOX 1186
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
93-218/1070

4565

4/5/2017

PAY TO THE
ORDER OF  ___Judith Sellgman___                                         $ ***7,500.00

Seven Thousand Five Hundred and 00/100************************************************************ DOLLARS

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

MEMO

## WELLS FARGO

## Check Details

Posted to Payroll Exp

| | |
|---|---|
| **Check Number** | 4566 |
| **Date Posted** | 04/06/17 |
| **Check Amount** | $1,500.00 |

CASH ONLY IF ALL CHECK SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
96-212/1070

4566

SAFE SITE YOUTH DEVELOPMENT, INC.
P.O. BOX 1195
LOS LUNAS, NM 87031

4/6/2017

PAY TO THE
ORDER OF     Judith Seligman

$ **1,500.00

One Thousand Five Hundred and 00/100***********************************************************************   DOLLARS

Judith Seligman
10918 Lagrange
Albuquerque, NM 87123

MEMO

Case 19-10282-t11     Doc 162-1     Filed 02/12/20     Entered 02/12/20 12:52:51 Page 8 of 12



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**SAFE SITE YOUTH DEVELOPMENT, INC.**
P.O. BOX 1195
LOS LUNAS, NM 87031

4575

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
95-219/1070

5/3/2017

PAY TO THE
ORDER OF ___ Judith Seligman _____ $ **7,500.00

Seven Thousand Five Hundred and 00/100************************************************************* DOLLARS

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

*PROTECTED AGAINST FRAUD*

MEMO

*Sarah D. Candelaria*

"004575" "107002192" 6074255438"



| | | | |
|---|---|---|---|
| R/T Number | 10700219 | Processing Date | 20170503 |
| Sequence Number | 1887226639 | Amount | 7500.00 |
| Account Number | 6074255438 | Serial Number | 4575 |

L2KIVE22 000087 022235609013 NNNNN NNNNN NNNNNN 000004 CL2IVEKA 002113



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**SAFE SITE YOUTH DEVELOPMENT, INC.**
P.O. BOX 1195
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
95-219/1070

4576

5/3/2017

PAY TO THE
ORDER OF _ Judith Sellgman _____

$ **1,500.00

One Thousand Five Hundred and 00/100********************************************************* DOLLARS

Judith Sellgman
10916 Lagrange
Albuquerque, NM 87123

MEMO

*Sarah D. Candelaria*

⑈0045 76⑈ ⑆10700219⑆:6074255438⑈

R/T Number          10700219
Sequence Number     8551056045
Account Number      6074255438

Processing Date     20170504
Amount              1500.00
Serial Number       4576

1/22/18        11:21:31 AM        Page 19 of 28

CH122846992364.1B

## WELLS FARGO

## Check Details

*Posted to PR.Exp*

| | |
|---|---|
| Check Number | 4584 |
| Date Posted | 06/05/17 |
| Check Amount | $7,500.00 |




SAFE SITE YOUTH DEVELOPMENT, INC.
P.O. BOX 1196
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
95-216/1070

4584

6/3/2017

PAY TO THE
ORDER OF _____ Judith Seligman _____ $ **7,500.00

Seven Thousand Five Hundred and 00/100********************************************************** DOLLARS

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

MEMO

https://connect.secure.wellsfargo.com/accounts/inquiry/summary/default?_x=8IQm_he0ODzkh3Q3m7nAUKmfp5Pheb-Y#state=modal.1.3

# WELLS FARGO

## Check Details

*Posted to Payroll Exp*
*No vendors*

| | |
|---|---|
| **Check Number** | 4582 |
| **Date Posted** | 06/05/17 |
| **Check Amount** | $1,500.00 |



*CASH ONLY IF ALL CHECKLOCK™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING*

**SAFE SITE YOUTH DEVELOPMENT, INC.**
P.O. BOX 1195
LOS LUNAS, NM 87031

WELLS FARGO BANK NM, NA
NEW MEXICO 87031
95-218/1070

4582

6/3/2017

PAY TO THE
ORDER OF    Judith Seligman                    $ **1,500.00

One Thousand Five Hundred and 00/100********************************************************************** DOLLARS

Judith Seligman
10916 Lagrange
Albuquerque, NM 87123

MEMO

Case 19-10282-t11    Doc 162-1    Filed 02/12/20    Entered 02/12/20 12:52:51 Page 12 of 12